■ UTICA MUTUAL INSURANCE COMPANY, Appellant, v McATEER & FITZGERALD, INC., et al., Respondents, et al., Defendant. (Appeal No. 2.) [910 NYS2d 711]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered October 19, 2009 in a breach of contract action. The order denied the motion of plaintiff for leave to reargue the denial of its motion for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Smith, J.P., Fahey, Lindley, Sconiers and Gorski, JJ.

■ In the Matter of HAROLD D. SYMONDS, JR., Petitioner, v BETH BERLIN, Executive Deputy Commissioner, New York State Office of Temporary and Disability Assistance, et al., Respondents. [910 NYS2d 758]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Jefferson County [Hugh A. Gilbert, J.], entered May 20, 2010) to review a determination of respondent New York State Office of Temporary and Disability Assistance. The determination imposed public assistance and food stamp sanctions.

It is hereby ordered that the determination is unanimously confirmed without costs and the amended petition is dismissed. Present—Smith, J.P., Fahey, Lindley, Sconiers and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID B. SHERMAN, Appellant. [910 NYS2d 758]—Appeal from a judgment of the Oswego County Court (James W. McCarthy, J.), rendered September 11, 2009. The judgment convicted defendant, upon his plea of guilty, of sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Carni, Lindley and Pine, JJ.